IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BOARD OF TRUSTEES OF BOILERMAKERS LODGE NO. 154 COMBINED FUNDS, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 05-1217 |
| THERMAL COATING SERVICES, METALSPRAY, INC., BOILER THERMAL SERVICES, INC., FRANK EASTERLY, | ) ) ) ) ) ) | Judge Lancaster Magistrate Judge Hay |
| Defendants. | ) | |

## ORDER

AND NOW, this 22nd day of May, 2006, after the plaintiff, Board of Trustees of Boilermakers Lodge No. 154 Combined Funds, filed an action in the above-captioned case, and after a Motion to Dismiss was submitted by the defendants, Thermal Coating Services, Metalspray, Inc., Boiler Thermal Services, Inc., and Frank Easterly, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties ten days after being served with a copy to file written objections thereto, and upon consideration of the objections filed by defendants and the response thereto filed by the plaintiff, and upon independent review of the motion and the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the defendants' Motion to Dismiss [Docket No. 8] is DENIED.

/s/ Gary L. Lancaster
GARY L. LANCASTER
United States District Judge

cc: Honorable Amy Reynolds Hay
United States Magistrate Judge

Stephen J. O'Brien, Esquire
71 McMurray Road
Suite 205
Pittsburgh, PA 15241

Timothy J. Burdette, Esquire
733 Washington Road
Suite 209
Pittsburgh, PA 15228