IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BOARD OF TRUSTEES OF BOILERMAKERS LODGE NO. 154 COMBINED FUNDS, | Civil Action No. 05-01217 |
| Plaintiff, | U. S. District Judge Gary Lancaster |
| v. | U. S. Magistrate Amy Reynolds Hay |
| THERMAL COATING SERVICES, METALSPRAY, INC., BOILER THERMAL SERVICES, INC. and FRANK EASTERLY, | Electronically Filed |
| Defendants. | |

**STIPULATION OF DISMISSAL
PURSUANT TO F.R.C.P. 41(a)(1)**

It is hereby stipulated and agreed by and between the parties that the above-captioned matter is DISMISSED pursuant to F.R.C.P. 41(a)(1) with prejudice and without costs against any party.

STEPHEN J. O'BRIEN
& ASSOCIATES

By /s/ Stephen J. O'Brien
Stephen J. O'Brien, Esquire
Pa. I.D. No. 59204

71 McMurray Road
Suite 205
Pittsburgh, PA 15241
412-833-5949

Attorneys for Plaintiff.

HEINTZMAN, WARREN,
WISE & FORNELLA, P.C.

By /s/ Roger L. Wise
Roger L. Wise, Esquire
Pa. I.D. No. 17417

The 35th Floor, Gulf Tower
707 Grant Street
Pittsburgh, PA 15219-1913
412-394-7810

Attorneys for Defendants.

AND NOW, this 6th day of Oct, 2006,
IT IS SO ORDERED.

_____
United States District Judge